```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 19804
   CONRAD T Y FONG
                                           CHAPTER 13

                                           JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-9633

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 05/20/2004 and was confirmed 10/05/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  56.41% from remaining funds.

      The case was paid in full 08/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID            PAID
------------------------------------------------------------------------------
FINANCIAL FREEDOM SR FUN  SECURED NOT I       .00               .00              .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED            .00              .00
ROUNDUP FUNDING LLC       UNSECURED OTH    5577.88              .00          3144.67
ROUNDUP FUNDING LLC       UNSECURED OTH    7371.52              .00          4163.80
CAPITAL ONE BANK          FILED LATE        441.16              .00              .00
ECAST SETTLEMENT CORP     UNSECURED        8796.20              .00          4961.76
ECAST SETTLEMENT CORP     UNSECURED        9513.65              .00          5366.46
DISCOVER FINANCIAL SERVI  UNSECURED        8118.58              .00          4579.53
ECAST SETTLEMENT CORP     UNSECURED        9861.46              .00          5562.65
ROUNDUP FUNDING LLC       UNSECURED OTH    5416.10              .00          3053.47
HOUSEHOLD FINANCE CORP    UNSECURED OTH    5062.21              .00          2853.95
ECAST SETTLEMENT CORP     UNSECURED        9052.21              .00          5106.17
SHERMAN ACQUISITION       UNSECURED OTH    2907.42              .00          1639.13
ECAST SETTLEMENT CORP     UNSECURED       11780.70              .00          6645.26
ROBIN C REIZNER           DEBTOR ATTY         .00                                .00
TOM VAUGHN                TRUSTEE                                            2,639.15
DEBTOR REFUND             REFUND                                             1,393.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 51,109.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       47,076.85
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             2,639.15
DEBTOR REFUND                                    1,393.00
                        ---------------         ---------------
TOTALS                  51,109.00               51,109.00

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 19804 CONRAD T Y FONG
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/29/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 19804 CONRAD T Y FONG